MATTHEW B. GOLPER (SBN 275979)
  mgolper@goldbergsegalla.com
GOLDBERG SEGALLA LLP
2600 Michelson Drive, Suite 900
Irvine, CA 92612-6507
**Mailing Address:**
P.O. Box 17520
Los Angeles, CA 90017
Telephone:    949-271-3324
Facsimile:    949-271-3399

ANDREW L. LEVY, *Pro Hac Vice*
  alevy@mcneeslaw.com
MCNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101 US
Telephone:    949-271-3324
Facsimile:    949-271-3399

Attorneys for Defendant
ALLEN DISTRIBUTION, LP

ADDITIONAL COUNSEL ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBANY RODRIGUEZ<br><br>             Plaintiffs,<br><br>    v.<br><br>ALLEN DISTRIBUTION, LP; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No. 2:20-CV-01202-KJM-CKD<br>Judge:  Hon. Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: June 16, 2020<br>Current Response Date: August 11, 2020<br>New Response Date: August 31, 2020<br><br>Complaint Filed:  6/16/2020<br>Trial Date:      Not Set |

STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   WILLIAM J. GORHAM (SBN: 151773)
3  wgorham@mayallaw.com
   JENNY D. BAYSINGER (SBN: 251014)
4  jbaysinger@mayallaw.com
   2453 Grand Canal Boulevard
5  Stockton, California 95207-8253
   Telephone: (209) 477-3833
6  Facsimile: (209) 473-4818

7  Attorneys for Plaintiff Jobany Rodriguez and the Putative Class

GOLDBERG SEGALLA LLP
P.O. Box 17520
Los Angeles, CA 90017

-2-
STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## **STIPULATION**

Plaintiff Jobany Rodriguez ("Plaintiff) and Defendant Allen Distribution, LP ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff initiated this action by filing a complaint on June 16, 2020;

WHEREAS, pursuant to this Court's June 16, 2020 Order (Dkt. 3-1), the parties have been engaging in pre-filing meet and confer conferences to discuss thoroughly the substance of Defendant's anticipated FRCP 12(b)(6) and FRCP 12(f) Motions to Dismiss and Strike;

WHEREAS, pursuant to Eastern District Local Rule 144(a), the parties previously stipulated to extend Defendant's responsive pleading deadline to Plaintiff's complaint to August 11, 2020;

WHEREAS, Plaintiff intends to file a First Amended Complaint to (1) address certain issues raised during the parties meet and confer on Defendant's anticipated FRCP 12(b)(6) and FRCP 12(f) Motions to Dismiss and Strike and (2) to assert certain claims under California's Private Attorneys' General Act ("PAGA");

WHEREAS, Plaintiff intends to file this proposed First Amended Complaint no later than August 31, 2020;

NOW THEREFORE, THE PARTIES AGREE, STIPULATE AND JOINTLY REQUEST that the Court extend Defendant's deadline to file any response to Plaintiff's original Complaint to August 31, 2020 so that Plaintiff may file its First Amended Complaint before Defendant must respond.

Dated: August 10, 2020                                    MAYALL HURLEY, PC

                                                     By:   /s/ Robert J. Wasserman
                                                           ROBERT J. WASSERMAN
                                                           Attorneys for Plaintiff
                                                           JOBANY RODRIGUEZ

Dated: August 10, 2020                                    GOLDBERG SEGALLA LLP

                                                     By:   /s/ Matthew B. Golper
                                                           MATTHEW B. GOLPER

-3-
STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1

2  Dated: August 10, 2020                                          MCNEES WALLACE & NURICK LLC

3

4                                                                  By:      /s/ Andrew L. Levy
                                                                           ANDREW L. LEVY
5                                                                          *Attorneys for Defendant*
                                                                           ALLEN DISTRIBUTION, LP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

GOLDBERG SEGALLA LLP
P.O. Box 17520
Los Angeles, CA 90017

# ORDER

The Court, having reviewed and considered the above Stipulation of the parties and finding good cause, hereby orders the following:

Defendant Allen Distribution, LP's time to respond to Plaintiff Jobany Rodriguez's original Complaint is further extended from August 11, 2020 to August 31, 2020.

DATED: August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE