MATTHEW B. GOLPER (SBN 275979)
  mgolper@goldbergsegalla.com
NOLAN MCCREADY (SBN 300684)
  nmccready@goldbergsegalla.com
Goldberg Segalla LLP
2600 Michelson Drive, Suite 900
Irvine, CA 92612-6507
**Mailing Address:**
P.O. Box 17520
Los Angeles, CA 90017
Telephone:   949-271-3324
Facsimile:   949-271-3399

ANDREW L. LEVY, *Pro Hac Vice*
  alevy@mcneeslaw.com
MICAH SAUL
  msaul@mcneeslaw.com, *Pro Hac Vice*
MCNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101 US
Telephone:   949-271-3324
Facsimile:   949-271-3399

Attorneys for Defendant
ALLEN DISTRIBUTION, LP

ADDITIONAL COUNSEL ON NEXT PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBANY RODRIGUEZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALLEN DISTRIBUTION, LP; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01202-KJM-CKD<br>Judge:  Hon. Kimberly J. Mueller<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed:  6/16/2020<br>Trial Date:     Not Set |

MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
JENNY D. BAYSINGER (SBN: 251014)
jbaysinger@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff Jobany Rodriguez and the Putative Class

# **STIPULATION**

Plaintiff Jobany Rodriguez ("Rodriguez") and Defendant Allen Distribution, L.P. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Joint Request to Dismiss, Without Prejudice ("Stipulation") pursuant to Federal Rules of Civil Procedure Rules 23, and Rule 41, subdivision (a)(1)(A)(ii) and (a)(2):

1. Plaintiff Jobany Rodriguez and Plaintiff Janet Ugale, named plaintiff in the related matter of *Ugale v. Allen Distribution, LP* Case No.: 2:20-cv-01710-KJM-CKD (the "*Ugale* Matter") jointly mediated their pending cases with Defendant Allen Distribution, LP before mediator Marc Feder, Esq. on March 4, 2020.

2. At the close of mediation, the Parties reached an agreement on the principal terms to resolve the *Ugale* Matter and this *Rodriguez* Matter that, once approved, would resolve both actions in their entirety. The Parties executed a Memorandum of Understanding memorializing the resolution and finalized and executed a long-form Joint Stipulation of Class and Representative Action Settlement and Release (the "Settlement") June 3, 2021.

3. By Order dated June 23, 2021, this Court remanded the *Ugale* Matter to the Superior Court of California, County of San Joaquin (Dkt. 35 in *Ugale* Matter), where it is presently pending as Case No. STK-CV-UOE-2020-0005807 (the "*Ugale* State Court Action").

4. On August 3, 2021, a First Amended Class Action Complaint for Damages was filed in the *Ugale* State Court Action in order to facilitate the Settlement. Through the FAC in the *Ugale* State Court Action, Plaintiff Rodriguez was added as a named class representative and claims/allegations asserted in the instant case were incorporated.

5. On September 2, 2021, the Honorable Barbara A. Kronlund of the Superior Court of California, County of San Joaquin issued an order preliminarily approving the Settlement and finding it to be fair, reasonable, and adequate and in the collective best interest of Class Members.

6. Notice was sent to the Class, consisting of 355 total individuals, consistent with Judge Kronlund's preliminary approval order in the *Ugale* State Court Action. No Class Member elected to opt out of the settlement and no objections were raised.

7.   An Order of Final Approval and Judgment in the *Ugale* State Court Action was signed by Judge Kronlund on February 4, 2022.

8.   In light of the Judgment entered in the *Ugale* State Court Action, this matter should be dismissed, in its entirety, without prejudice. All claims asserted in the instant action have been disposed of through the *Ugale* State Court Action.

Dated: March 19, 2022                                                   GOLDBERG SEGALLA LLP

                                                                                       */s/ Matthew B. Golper*
                                                                        By:       MATTHEW B. GOLPER


Dated: March 19, 2022                                                   MCNEES WALLACE & NURICK LLC

                                                                                       */s/ Andrew L. Levy*
                                                                        By:       ANDREW L. LEVY

                                                                                    Attorneys for Defendant
                                                                                    ALLEN DISTRIBUTION, LP

Dated: March 19, 2022                                                   MAYALL HURLEY P.C.

                                                                                       */s/ Jenny D. Baysinger*
                                                                        By:       JENNY D. BAYSINGER

                                                                                    Attorneys for Plaintiff
                                                                                    JOBANY RODRIGUEZ